United States District Court
For the Northern District of California

| | |
|---|---|
| JAMES LYNN O'HINES, | |
| Plaintiff, | No. C 09-03474 PJH (PR) |
| vs. | **ORDER OF DISMISSAL** |
| BURT JARVIS, | |
| Defendant. | |

| | |
|---|---|
| JAMES LYNN O'HINES, | |
| Plaintiff, | No. C 09-03475 PJH (PR) |
| vs. | **ORDER OF DISMISSAL** |
| CHAVEZ, | |
| Defendants. | |

| | |
|---|---|
| JAMES LYNN O'HINES, | |
| Plaintiff, | No. C 09-3476 PJH (PR) |
| vs. | **ORDER OF DISMISSAL** |
| FREELAND, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

These pro se civil rights actions were filed a prisoner confined in Florence, Arizona. On the day they were opened the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. Copies of the court's form for applications to proceed in forma pauperis were provided with the notice, along with return envelopes. Plaintiff was warned to pay the fees or file IFP applications within thirty

1 days or the cases would be dismissed.

2     Plaintiff has not responded.  These cases therefore are **DISMISSED** without
3 prejudice.  The clerk shall close the files.

4     **IT IS SO ORDERED.**

5 Dated: October 1, 2009.

                            PHYLLIS J. HAMILTON
6                             United States District Judge

28 P:\PRO-SE\PJH\CR.09\O'HINES09-3475.DSM-IFP.wpd